SHERRILL ET AL., APPELLEES, *v.* HARROFF, APPELLEE,
ET AL.; KNOEDLER, APPELLANT.

[Cite as *Sherrill v. Harroff* (1999), 85 Ohio St.3d 339.]

(No. 98–2651—Submitted March 9, 1999—Decided April 21, 1999.)

---

*D. Barry Dickson,* for appellee Ronnie Dean Harroff.
*A. Robert Steiskal,* for appellant.

---

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed on the authority of *Cuyahoga Support Enforcement Agency v. Guthrie* (1999), 84 Ohio St.3d 437, 705 N.E.2d 318.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.